Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

Shelly Memnon

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Katherine Fernandez Rundle

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No.  8:25-CV-3107-JLB-NHA

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shelly Memnon |
| Street Address | PO Box 530449 |
| City and County | Miami Dade County |
| State and Zip Code | Florida 33153 |
| Telephone Number | 561-648-2337 |
| E-mail Address | memnon shelly @ yahoo.com |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                              Katherine Fernandez Rundle
Job or Title *(if known)*         State Attorney
Street Address                    1350 N.W. 12th Ave
City and County                   Miami - Dade County
State and Zip Code                Florida 33136
Telephone Number                  305-547-0100
E-mail Address *(if known)*

Defendant No. 2

Name                              Reemberto Diaz
Job or Title *(if known)*         Judge 73 W Flagler St # 1202
Street Address                    73 W Flagler St # 1202
City and County                   Miami Dade
State and Zip Code                Florida 33130
Telephone Number                  305-349-7016
E-mail Address *(if known)*

Defendant No. 3

Name                              Daniella levine Cava
Job or Title *(if known)*         Mayor
Street Address                    111 N.W. 1st Street 29th floor
City and County                   Miami Dade
State and Zip Code                Miami Fl 33128
Telephone Number                  305-375-5071
E-mail Address *(if known)*       mayor@miamidade.gov

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.  Stalking, harrasment Corruption, fraud, abuse of power, Federal and State law violations, housing fraud, child support fraud, causing son to be disabled

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* Shelly Memnon , is a citizen of the State of *(name)* Florida .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* Shelly Memnon , is incorporated under the laws of the State of *(name)* Florida ,

    and has its principal place of business in the State of *(name)* Florida .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual Reemberto Diaz   Daniella levine cava

    The defendant, *(name)* Katherine Fernandez , is a citizen of the State of *(name)* Florida . Or is a citizen of *(foreign nation)* Cuban .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation  Daniella levine cava

The defendant, *(name)*  Reemberto Diaz Katherine Fernandez , is incorporated under

the laws of the State of *(name)*  Florida , and has its

principal place of business in the State of *(name)*  Florida .

Or is incorporated under the laws of *(foreign nation)*  Cuba ,

and has its principal place of business in *(name)*  Florida .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

Because of several abuses of power and violation of human rights and law the amount is more than 75,000 each for my children and self.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

my childrens right were violated in child support court Nov 2021z and Diaz said in court that my children were nothing because they were black and I filed several complaints and was immediatotely harassed by kundle and then my housing rights were violated later by Danille leveine cava.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

violated and did not pay my children the rightful amount of child support, ignored child support order and my kids rights, violated my son disabilty rights and caused his sezuires by recruiting others to horross us and stalk us. violating our housing rights forcing us into homelessness illegal by false evictions!!

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11-7-25

Signature of Plaintiff

Printed Name of Plaintiff    Shelly Mennon

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address